## VERIFICATION

**GEORGIA, DOUGHERTY COUNTY**

Attached are all payment advices received by the undersigned debtors within 60 days prior to the petition date. We declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information and belief.

DATED: 5/19/16

Samuel K. Williams, III
SSN XXX-XX-2426

Denise A. Williams
SSN XXX-XX-7693

| Co. | File # | Clock | Number | | | | |
|---|---|---|---|---|---|---|---|
| PCS | 101504 | | 00090279 | | | | |

**Earnings Statement**

Worked In Dept:
Home Dept:　　000788

MillerCountyHospital
PO Box 7
Colquitt, GA 39837

Period Beginning Date: 02/14/2016
Period End: 02/27/2016
Pay Date: 03/04/2016
WGPS Advance Pay Date:

Samuel K Williams
2005 N Harding St
Albany, GA 31701

| Earnings | Code | Field # | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Regular | | | | 80.00 | 7,307.68 |
| Gross Pay | | | | | 7,307.68 |

| Deductions | Statutory | Amount |
|---|---|---|
| Federal Income Tax | | 1,135.26 |
| Social Security | | 440.55 |
| Medicare | | 103.03 |
| State Worked In: Georgia | GA | 392.34 |

| | Other | Amount |
|---|---|---|
| | 30- Dental Ins | 22.11 |
| | 31- Health Ins | 180.00 |
| | 58- Term Life | 0.57 |
| | CK1- Checking 1 | 4,092.15 |
| | CK2- Checking 2 | 941.67 |

| Net Pay | | 0.00 |
|---|---|---|

| Memos | Code | Amount |
|---|---|---|
| | X- Max Elig/comp | 7,307.68 |

JEFFERSON HOSPITAL                                               Signed On Emp: SAM  Dept: 085

JEFFERSON HOSPITAL                                          Employee Y-T-D Pay Runs

Employee: 91155 SAMUEL K WILLIAMS            Year BeginDt: 122815          Exit
                                                   EndDt: 041716

    Y-T-D Summary
                              TotalHours:   200.00
    Gross Pay:     19230.75   Deductions:  9838.49     Net Pay:      9392.26

    PayCd  Hours  OT SH WE HO CB   ExtAmt        Deductions
     1    152.00  N     N  N     14615.37   FEDTAX   3473.72
     4            N                         FICA-M    278.85
     E     40.00  N     N  N  N   3846.15   FICA-O   1192.30
     E      8.00  N  1  N  N        769.23  PR ADV   3846.15
                                            ST-GA    1047.47


    Enter:        Exit      Up      Dn                    <    >

# Earnings Statement

Thursday, May 19, 2016 16:41

| Employee Information | 22280 | Home Department: | 800600-01 - PHOEBE EAST CONV CARE-ADMIN | Base Rate: | 10.66 |
|---|---|---|---|---|---|

Phoebe Physician Group, Inc.
417 Third Avenue
P O Box 3770
Albany, GA 31706-3770
(229)312-6732

Pay Period: 05/01/2016 - 05/14/2016
Check Date: 05/19/2016
Check Number: 70813
Check Reason: Normal Check
Personnel Type: Hourly/Non-Exempt

Denise A Williams
2003 N Harding st
Albany, GA 31701

## Earnings

| Current | Hours/Units | Rate | Amount | Dept/CC | Job |
|---|---|---|---|---|---|
| OVT | 2.60 | 16.0788 | 41.80 | 800600 | 77690 |
| OVT2 | 1.10 | 16.5970 | 18.26 | 800600 | 77690 |
| Regular Day | 56.85 | 10.6600 | 606.03 | 800600 | 77690 |
| Regular Evening | 23.15 | 11.1600 | 258.35 | 800600 | 77690 |
| Weekend Differential | 16.90 | 0.2500 | 4.22 | 800600 | 77690 |

| Summary | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| EIB | 0.00 | 0.00 | 27.00 | 287.82 |
| OVT | 2.60 | 41.80 | 21.04 | 338.61 |
| OVT2 | 1.10 | 18.26 | 13.66 | 226.71 |
| PTO | 0.00 | 0.00 | 77.90 | 830.41 |
| Regular Day | 56.85 | 606.03 | 307.67 | 3,279.77 |
| Regular Evening | 23.15 | 258.35 | 146.43 | 1,634.16 |
| Weekend Differential | 16.90 | 4.22 | 93.80 | 23.43 |
| **Gross Wages Earned** | | **$928.66** | **687.50** | **$6,620.91** |

| | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| Total Worked | 0.00 | $0.00 | 0.00 | $0.00 |
| Total Paid | 0.00 | $0.00 | 0.00 | $0.00 |

## Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| 403B% (4.0000%) | 37.15 | 264.84 |

| Statutory | This Period | YTD |
|---|---|---|
| Federal Income Tax | 25.11 | 97.37 |
| Medicare | 13.46 | 96.00 |
| Georgia State Tax | 27.95 | 153.69 |
| FICA | 57.58 | 410.50 |

| Post-Tax Deductions | This Period | YTD |
|---|---|---|
| Food Services | 76.50 | 76.50 |
| Peach Giving Program 3 | 4.00 | 40.00 |
| Uniform | 20.00 | 20.00 |

| **Net Wages Earned** | **$666.91** | **$5,462.01** |
|---|---|---|

| Retirement Funds | Employer Current Cost | Employer YTD Cost |
|---|---|---|
| Transamerica | 18.57 | 132.40 |

| Accrual Balance | Current Taken | Accrued | Available Balance |
|---|---|---|---|
| Extended Illness Bank | 0.00 | 2.25 | 3.48 |
| PTO - Paid Time Off Post 10/20/13 | 0.00 | 6.44 | 9.27 |

| Other Benefits and Information | Employer YTD Cost |
|---|---|
| 403B% | 132.40 |
| Life Insurance | 10.60 |
| Short Term Disability- Employer Paid | 12.40 |

| Taxable Wages | This Period | YTD |
|---|---|---|
| Federal Income Tax | 891.51 | 6,356.07 |
| FICA | 928.66 | 6,620.91 |
| Georgia State Tax | 891.51 | 6,356.07 |
| Medicare | 928.66 | 6,620.91 |

## Taxes Detail

| Federal | Value | State | Parameter Name | Value |
|---|---|---|---|---|
| Allowances | 2 | GA | ADDITIONALALLOWANCES | 0 |
| Filing Status | MARRIED | | DEPENDENTALLOWANCES | 0 |
| | | | FILINGSTATUS | B |
| | | | PERSONALALLOWANCES | 2 |
| | | | TOTALALLOWANCES | 99 |

**Important Notes**

# Earnings Statement

Thursday, May 19, 2016 16:42

| Employee Information | 22280 | Home Department: | 800600-01 - PHOEBE EAST CONV CARE-ADMIN | Base Rate: | 10.66 |
|---|---|---|---|---|---|

Phoebe Physician Group, Inc.
417 Third Avenue
P O Box 3770
Albany, GA 31706-3770
(229)312-6732

Pay Period: 04/17/2016 - 04/30/2016
Check Date: 05/05/2016
Check Number: 70799
Check Reason: Normal Check
Personnel Type: Hourly/Non-Exempt

Denise A Williams
2003 N Harding st
Albany, GA 31701

## Earnings

| Current | Hours/Units | Rate | Amount | Dept/CC | Job |
|---|---|---|---|---|---|
| Regular Day | 22.45 | 10.6600 | 239.32 | 800600 | 77690 |
| Regular Evening | 9.95 | 11.1600 | 111.04 | 800600 | 77690 |
| Weekend Differential | 9.60 | 0.2500 | 2.40 | 800600 | 77690 |

| Summary | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| EIB | 0.00 | 0.00 | 27.00 | 287.82 |
| OVT | 0.00 | 0.00 | 18.44 | 296.81 |
| OVT2 | 0.00 | 0.00 | 12.56 | 208.45 |
| PTO | 0.00 | 0.00 | 77.90 | 830.41 |
| Regular Day | 22.45 | 239.32 | 250.82 | 2,673.74 |
| Regular Evening | 9.95 | 111.04 | 123.28 | 1,375.81 |
| Weekend Differential | 9.60 | 2.40 | 76.90 | 19.21 |
| **Gross Wages Earned** | | **$352.76** | **586.90** | **$5,692.25** |

| | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| Total Worked | 0.00 | $0.00 | 0.00 | $0.00 |
| Total Paid | 0.00 | $0.00 | 0.00 | $0.00 |

## Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| 403B% (4.0000%) | 14.11 | 227.69 |

| Statutory | This Period | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 72.26 |
| Medicare | 5.12 | 82.54 |
| Georgia State Tax | 0.00 | 125.74 |
| FICA | 21.87 | 352.92 |

| Post-Tax Deductions | This Period | YTD |
|---|---|---|
| Peach Giving Program 3 | 4.00 | 36.00 |

| **Net Wages Earned** | **$307.66** | **$4,795.10** |
|---|---|---|

| Retirement Funds | Employer Current Cost | Employer YTD Cost |
|---|---|---|
| Transamerica | 7.06 | 113.83 |

| Accrual Balance | Current Taken | Accrued | Available Balance |
|---|---|---|---|
| Extended Illness Bank | 0.00 | 0.87 | 1.23 |
| PTO - Paid Time Off Post 10/20/13 | 0.00 | 2.49 | 2.83 |

| Other Benefits and Information | Employer YTD Cost |
|---|---|
| 403B% | 113.83 |
| Life Insurance | 9.54 |
| Short Term Disability- Employer Paid | 11.16 |

| Taxable Wages | This Period | YTD |
|---|---|---|
| Federal Income Tax | 338.65 | 5,464.56 |
| FICA | 352.76 | 5,692.25 |
| Georgia State Tax | 338.65 | 5,464.56 |
| Medicare | 352.76 | 5,692.25 |

### Taxes Detail

| Federal | Value | State | Parameter Name | Value |
|---|---|---|---|---|
| Allowances | 2 | GA | ADDITIONALALLOWANCES | 0 |
| Filing Status | MARRIED | | DEPENDENTALLOWANCES | 0 |
| | | | FILINGSTATUS | B |
| | | | PERSONALALLOWANCES | 2 |
| | | | TOTALALLOWANCES | 99 |

**Important Notes**

# Earnings Statement

Thursday, May 19, 2016 16:42

| Employee Information | 22280 | Home Department: | 800600-01 - PHOEBE EAST CONV CARE-ADMIN | Base Rate: | 10.66 |
|---|---|---|---|---|---|

Phoebe Physician Group, Inc.
417 Third Avenue
P O Box 3770
Albany, GA 31706-3770
(229)312-6732

Pay Period: 04/03/2016 - 04/16/2016
Check Date: 04/21/2016
Check Number: 70779
Check Reason: Normal Check
Personnel Type: Hourly/Non-Exempt

Denise A Williams
2003 N Harding st
Albany, GA 31701

## Earnings

| Current | Hours/Units | Rate | Amount | Dept/CC | Job |
|---|---|---|---|---|---|
| EIB | 3.00 | 10.6600 | 31.98 | 800600 | 77690 |
| PTO | 2.00 | 10.6600 | 21.32 | 800600 | 77690 |

| Summary | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| EIB | 3.00 | 31.98 | 27.00 | 287.82 |
| OVT | 0.00 | 0.00 | 18.44 | 296.81 |
| OVT2 | 0.00 | 0.00 | 12.56 | 208.45 |
| PTO | 2.00 | 21.32 | 77.90 | 830.41 |
| Regular Day | 0.00 | 0.00 | 228.37 | 2,434.42 |
| Regular Evening | 0.00 | 0.00 | 113.33 | 1,264.77 |
| Weekend Differential | 0.00 | 0.00 | 67.30 | 16.81 |
| **Gross Wages Earned** | | **$53.30** | **544.90** | **$5,339.49** |

| | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| Total Worked | 0.00 | $0.00 | 0.00 | $0.00 |
| Total Paid | 0.00 | $0.00 | 0.00 | $0.00 |

## Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| 403B% (4.0000%) | 2.13 | 213.58 |

| Statutory | This Period | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 72.26 |
| Medicare | 0.77 | 77.42 |
| Georgia State Tax | 0.00 | 125.74 |
| FICA | 3.31 | 331.05 |

| Post-Tax Deductions | This Period | YTD |
|---|---|---|
| Peach Giving Program 3 | 4.00 | 32.00 |

| **Net Wages Earned** | **$43.09** | **$4,487.44** |
|---|---|---|

| Retirement Funds | Employer Current Cost | Employer YTD Cost |
|---|---|---|
| Transamerica | 1.06 | 106.77 |

| Accrual Balance | Current Taken | Accrued | Available Balance |
|---|---|---|---|
| Extended Illness Bank | 3.00 | 0.05 | 0.36 |
| PTO - Paid Time Off Post 10/20/13 | 2.00 | 0.15 | 0.34 |

| Other Benefits and Information | Employer YTD Cost |
|---|---|
| 403B% | 106.77 |
| Life Insurance | 8.48 |
| Short Term Disability-Employer Paid | 9.92 |

| Taxable Wages | This Period | YTD |
|---|---|---|
| Federal Income Tax | 51.17 | 5,125.91 |
| FICA | 53.30 | 5,339.49 |
| Georgia State Tax | 51.17 | 5,125.91 |
| Medicare | 53.30 | 5,339.49 |

### Taxes Detail

| Federal | Value | State | Parameter Name | Value |
|---|---|---|---|---|
| Allowances | 2 | GA | ADDITIONALALLOWANCES | 0 |
| Filing Status | MARRIED | | DEPENDENTALLOWANCES | 0 |
| | | | FILINGSTATUS | B |
| | | | PERSONALALLOWANCES | 2 |
| | | | TOTALALLOWANCES | 99 |

**Important Notes**

# Earnings Statement

Thursday, May 19, 2016 16:43

| Employee Information | 22280 | Home Department: | 800600-01 - PHOEBE EAST CONV CARE-ADMIN | Base Rate: | 10.66 |

Phoebe Physician Group, Inc.
417 Third Avenue
P O Box 3770
Albany, GA 31706-3770
(229)312-6732

Pay Period: 03/20/2016 - 04/02/2016
Check Date: 04/07/2016
Check Number: 70760
Check Reason: Normal Check
Personnel Type: Hourly/Non-Exempt

Denise A Williams
2003 N Harding st
Albany, GA 31701

## Earnings

| Current | Hours/Units | Rate | Amount | Dept/CC | Job |
|---|---|---|---|---|---|
| EIB | 24.00 | 10.6600 | 255.84 | 800600 | 77690 |
| PTO | 27.90 | 10.6600 | 297.41 | 800600 | 77690 |

| Summary | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| EIB | 24.00 | 255.84 | 24.00 | 255.84 |
| OVT | 0.00 | 0.00 | 18.44 | 296.81 |
| OVT2 | 0.00 | 0.00 | 12.56 | 208.45 |
| PTO | 27.90 | 297.41 | 75.90 | 809.09 |
| Regular Day | 0.00 | 0.00 | 228.37 | 2,434.42 |
| Regular Evening | 0.00 | 0.00 | 113.33 | 1,264.77 |
| Weekend Differential | 0.00 | 0.00 | 67.30 | 16.81 |
| **Gross Wages Earned** | | **$553.25** | **539.90** | **$5,286.19** |

| | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| Total Worked | 0.00 | $0.00 | 0.00 | $0.00 |
| Total Paid | 0.00 | $0.00 | 0.00 | $0.00 |

## Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| 403B% (4.0000%) | 22.13 | 211.45 |

| Statutory | This Period | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 72.26 |
| Medicare | 8.02 | 76.65 |
| Georgia State Tax | 6.36 | 125.74 |
| FICA | 34.30 | 327.74 |

| Post-Tax Deductions | This Period | YTD |
|---|---|---|
| Peach Giving Program 3 | 4.00 | 28.00 |

| **Net Wages Earned** | **$478.44** | **$4,444.35** |

| Retirement Funds | Employer Current Cost | Employer YTD Cost |
|---|---|---|
| Transamerica | 11.06 | 105.71 |

| Accrual Balance | Current Taken | Accrued | Available Balance |
|---|---|---|---|
| Extended Illness Bank | 24.00 | 0.75 | 3.31 |
| PTO - Paid Time Off Post 10/20/13 | 27.90 | 2.15 | 2.18 |

| Other Benefits and Information | Employer YTD Cost |
|---|---|
| 403B% | 105.71 |
| Life Insurance | 7.42 |
| Short Term Disability- Employer Paid | 8.68 |

| Taxable Wages | This Period | YTD |
|---|---|---|
| Federal Income Tax | 531.12 | 5,074.74 |
| FICA | 553.25 | 5,286.19 |
| Georgia State Tax | 531.12 | 5,074.74 |
| Medicare | 553.25 | 5,286.19 |

## Taxes Detail

| Federal | Value | State | Parameter Name | Value |
|---|---|---|---|---|
| Allowances | 2 | GA | ADDITIONALALLOWANCES | 0 |
| Filing Status | MARRIED | | DEPENDENTALLOWANCES | 0 |
| | | | FILINGSTATUS | B |
| | | | PERSONALALLOWANCES | 2 |
| | | | TOTALALLOWANCES | 99 |

**Important Notes**

# Earnings Statement

Thursday, May 19, 2016 16:43

| Employee Information | 22280 | Home Department: | 800600-01 - PHOEBE EAST CONV CARE-ADMIN | Base Rate: | 10.66 |
|---|---|---|---|---|---|

Phoebe Physician Group, Inc.
417 Third Avenue
P O Box 3770
Albany, GA 31706-3770
(229)312-6732

Pay Period: 03/06/2016 - 03/19/2016
Check Date: 03/24/2016
Check Number: 70745
Check Reason: Normal Check
Personnel Type: Hourly/Non-Exempt

Denise A Williams
2003 N Harding st
Albany, GA 31701

## Earnings

| Current | Hours/Units | Rate | Amount | Dept/CC | Job |
|---|---|---|---|---|---|
| PTO | 48.00 | 10.6600 | 511.68 | 800600 | 77690 |
| Regular Day | 17.10 | 10.6600 | 182.29 | 800600 | 77690 |
| Weekend Differential | 8.10 | 0.2500 | 2.02 | 800600 | 77690 |

| Summary | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| OVT | 0.00 | 0.00 | 18.44 | 296.81 |
| OVT2 | 0.00 | 0.00 | 12.56 | 208.45 |
| PTO | 48.00 | 511.68 | 48.00 | 511.68 |
| Regular Day | 17.10 | 182.29 | 228.37 | 2,434.42 |
| Regular Evening | 0.00 | 0.00 | 113.33 | 1,264.77 |
| Weekend Differential | 8.10 | 2.02 | 67.30 | 16.81 |
| **Gross Wages Earned** | | **$695.99** | **488.00** | **$4,732.94** |

| | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| Total Worked | 0.00 | $0.00 | 0.00 | $0.00 |
| Total Paid | 0.00 | $0.00 | 0.00 | $0.00 |

## Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| 403B% (4.0000%) | 27.84 | 189.32 |

| Statutory | This Period | YTD |
|---|---|---|
| Federal Income Tax | 2.78 | 72.26 |
| Medicare | 10.09 | 68.63 |
| Georgia State Tax | 14.55 | 119.38 |
| FICA | 43.15 | 293.44 |

| Post-Tax Deductions | This Period | YTD |
|---|---|---|
| Peach Giving Program 3 | 4.00 | 24.00 |

| **Net Wages Earned** | **$593.58** | **$3,965.91** |
|---|---|---|

## Retirement Funds

| | Employer Current Cost | Employer YTD Cost |
|---|---|---|
| Transamerica | 13.92 | 94.65 |

## Accrual Balance

| | Current Taken | Accrued | Available Balance |
|---|---|---|---|
| Extended Illness Bank | 0.00 | 1.75 | 26.56 |
| PTO - Paid Time Off Post 10/20/13 | 48.00 | 5.01 | 27.94 |

## Other Benefits and Information

| | Employer YTD Cost |
|---|---|
| 403B% | 94.65 |
| Life Insurance | 6.36 |
| Short Term Disability-Employer Paid | 7.44 |

## Taxable Wages

| | This Period | YTD |
|---|---|---|
| Federal Income Tax | 668.15 | 4,543.62 |
| FICA | 695.99 | 4,732.94 |
| Georgia State Tax | 668.15 | 4,543.62 |
| Medicare | 695.99 | 4,732.94 |

## Taxes Detail

| Federal | Value | State | Parameter Name | Value |
|---|---|---|---|---|
| Allowances | 2 | GA | ADDITIONALALLOWANCES | 0 |
| Filing Status | MARRIED | | DEPENDENTALLOWANCES | 0 |
| | | | FILINGSTATUS | B |
| | | | PERSONALALLOWANCES | 2 |
| | | | TOTALALLOWANCES | 99 |

**Important Notes**

# Earnings Statement

Thursday, May 19, 2016 16:43

| Employee Information | 22280 | Home Department: | 800600-01 - PHOEBE EAST CONV CARE-ADMIN | Base Rate: | 10.66 |

Phoebe Physician Group, Inc.
417 Third Avenue
P O Box 3770
Albany, GA 31706-3770
(229)312-6732

Pay Period: 02/21/2016 - 03/05/2016
Check Date: 03/10/2016
Check Number: 70728
Check Reason: Normal Check
Personnel Type: Hourly/Non-Exempt

Denise A Williams
2003 N Harding st
Albany, GA 31701

## Earnings

| Current | Hours/Units | Rate | Amount | Dept/CC | Job |
|---|---|---|---|---|---|
| OVT2 | 0.50 | 16.6148 | 8.31 | 800600 | 77690 |
| Regular Day | 46.42 | 10.6600 | 494.84 | 800600 | 77690 |
| Regular Evening | 24.68 | 11.1600 | 275.43 | 800600 | 77690 |
| Weekend Differential | 17.10 | 0.2500 | 4.27 | 800600 | 77690 |

| Summary | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| OVT | 0.00 | 0.00 | 18.44 | 296.81 |
| OVT2 | 0.50 | 8.31 | 12.56 | 208.45 |
| Regular Day | 46.42 | 494.84 | 211.27 | 2,252.13 |
| Regular Evening | 24.68 | 275.43 | 113.33 | 1,264.77 |
| Weekend Differential | 17.10 | 4.27 | 59.20 | 14.79 |
| **Gross Wages Earned** | | **$782.85** | **414.80** | **$4,036.95** |

| | Hours/Units | Amount | YTD Hours/Units | YTD Amount |
|---|---|---|---|---|
| Total Worked | 0.00 | $0.00 | 0.00 | $0.00 |
| Total Paid | 0.00 | $0.00 | 0.00 | $0.00 |

## Deductions

| Pre-Tax Deductions | This Period | YTD |
|---|---|---|
| 403B% (4.0000%) | 31.31 | 161.48 |

| Statutory | This Period | YTD |
|---|---|---|
| Federal Income Tax | 11.12 | 69.48 |
| Medicare | 11.36 | 58.54 |
| Georgia State Tax | 19.55 | 104.83 |
| FICA | 48.54 | 250.29 |

| Post-Tax Deductions | This Period | YTD |
|---|---|---|
| Peach Giving Program 3 | 4.00 | 20.00 |

| **Net Wages Earned** | **$656.97** | **$3,372.33** |

| Retirement Funds | Employer Current Cost | Employer YTD Cost |
|---|---|---|
| Transamerica | 15.66 | 80.73 |

| Accrual Balance | Current Taken | Accrued | Available Balance |
|---|---|---|---|
| Extended Illness Bank | 0.00 | 1.93 | 24.80 |
| PTO - Paid Time Off Post 10/20/13 | 0.00 | 5.51 | 70.93 |

| Other Benefits and Information | Employer YTD Cost |
|---|---|
| 403B% | 80.73 |
| Life Insurance | 5.30 |
| Short Term Disability- Employer Paid | 6.20 |

| Taxable Wages | This Period | YTD |
|---|---|---|
| Federal Income Tax | 751.54 | 3,875.47 |
| FICA | 782.85 | 4,036.95 |
| Georgia State Tax | 751.54 | 3,875.47 |
| Medicare | 782.85 | 4,036.95 |

## Taxes Detail

| Federal | Value | State | Parameter Name | Value |
|---|---|---|---|---|
| Allowances | 2 | GA | ADDITIONALALLOWANCES | 0 |
| Filing Status | MARRIED | | DEPENDENTALLOWANCES | 0 |
| | | | FILINGSTATUS | B |
| | | | PERSONALALLOWANCES | 2 |
| | | | TOTALALLOWANCES | 99 |

**Important Notes**